NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERRY CHISM, DOC #S11297          )
                                 )
            Appellant,            )
                                 )
v.                                )
                                 )   Case No. 2D18-2141
STATE OF FLORIDA,                 )
                                 )
            Appellee.             )
_____    )

Opinion filed May 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County, Charles Sniffen, Judge.

Terry Chism, pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, SLEET, and SMITH, JJ., Concur.